AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
OCALA

FRANCISCO LOPEZ-BENITEZ  )
_Petitioner_             )
                         )
v.                       ) Case No. 5:23-CV-534 KKMPRL
                         ) (Supplied by Clerk of Court)
                         )
WARDEN, FCC Coleman-Low   )
_Respondent_
(name of warden or authorized person having custody of petitioner)

**\*EMERGENCY\***

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**Personal Information**

1. (a) Your full name: Francisco Lopez-Benitez
   (b) Other names you have used: N/A
2. Place of confinement: Federal Correction Complex ("FCC") Coleman-Low
   (a) Name of institution:
   (b) Address: P.O. Box 1031, Coleman, FL 33521-1031

   (c) Your identification number: 73542-280
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Western District of Texas
      (b) Docket number of criminal case: AU:14-CR-292(19)-SS
      (c) Date of sentencing: 8/27/15
   ☐ Being held on an immigration charge
   ☐ Other (explain):

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits) First Step Act Earned Time Credits

LOPEZ-BENITEZ, FRANCISCO 73542280

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ☐ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Federal Bureau of Prisons
   (b) Docket number, case number, or opinion number: AU: 14-CR-292 (19)-SS
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): The Warden of FCC Coleman-Low refuses to apply my First Step Act Earned Time Credits. I am entitled to immediate release, as my release date should have been 6/27/23.
   (d) Date of the decision or action: 

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: BOP
       (2) Date of filing: June of 2023
       (3) Docket number, case number, or opinion number: N/A - Informal Resolution Form
       (4) Result: No response from Unit Team
       (5) Date of result: None
       (6) Issues raised: I requested immediate release, as the BOP has failed to apply my First Step Act Earned Time Credits.

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

LOPEZ-BENITEZ, FRANCISCO 73542280

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: N/A
   (2) Date of filing: N/A
   (3) Docket number, case number, or opinion number: N/A
   (4) Result: N/A
   (5) Date of result: N/A
   (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a second appeal: I was told by Unit Team that the issue is happening to many inmates and will be correcting within the next several weeks.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☒ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: N/A
   (2) Date of filing: N/A
   (3) Docket number, case number, or opinion number: N/A
   (4) Result: N/A
   (5) Date of result: N/A
   (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a third appeal: Same as above. Staff told me that I would just be wasting everyones time if I appealed.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes   ☒ No

If "Yes," answer the following:
(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
      ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      If "Yes," provide: N/A
      (1) Name of court: _____
      (2) Case number: _____
      (3) Date of filing: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☐ No

      If "Yes," provide: N/A
      (1) Name of court: _____
      (2) Case number: _____
      (3) Date of filing: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?

☐ Yes    ☒ No

      If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

LOPEZ-BENITEZ, FRANCISCO 73542280

Page 5 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☐ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes     ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

LOPEZ-BENITEZ, FRANCISCO 73542280

Page 6 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The Warden of FCC Coleman-Low refuses to apply my 365 days of Earned Time Credits under the First Step Act of 2018.

(a) Supporting facts (Be brief. Do not cite cases or law.):
I have earned over 365 days of First Step Act Earned Time Credits. See Exhibit "A" FSA Time Credit Assessment. If that credit is applied to my sentence, my Projected Release Date would move from 6/27/24 to 6/27/23. See Exhibit "B" Sentence Monitoring Computation Data. Thus, I am entitled to immediate release and have spent an additional 2 months needlessly incarcerated.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND TWO:** My Title 21 U.S.C. § 841 charge is not ineligible under the First Step Act and I do not have a final order of deportation under 8 C.F.R. §1241.31.

(a) Supporting facts (Be brief. Do not cite cases or law.):
There is no reason preventing the Warden from applying my First Step Act Earned Time Credits. I meet the criteria set forth by Congress and I am entitled to apply the 365 days that I have earned. It is illegal for the Warden to block the award of First Step Act credits and my release from prison.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND THREE:** N/A

(a) Supporting facts (Be brief. Do not cite cases or law.):
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

LOPEZ-BENITEZ, FRANCISCO 73542280

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: All grounds were presented in my BP-8 (informal resolution form). At this stage, as I am entitled to immediate release, I would suffer undue prejudice if I had to exhaust all administrative remedies. There is an unreasonable timeframe for administrative action and the BOP lacks the institutional competance to resolve the issue. Prison officals also thwarted me from appealing through misrepresentation and mechination.

**Request for Relief**

15. State exactly what you want the court to do: I request that the Honorable Court timely order the Warden of FCC Coleman-Low to immediately apply the 365 days of First Step Act Earned Time Credits to my sentence, as I am entitled to immediate release and have served an additional 2 months incarceration beyond my sentence.

LOPEZ-BENITEZ, FRANCISCO 73542280

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

8/16/23

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8/16/23

_Signature of Petitioner_

N/A - Pro se
_Signature of Attorney or other authorized person, if any_

LOPEZ-BENITEZ, FRANCISCO 73542280

Page 9 of 9

## FSA Time Credit Assessment
Register Number:73542-280, Last Name:LOPEZ-BENITEZ

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

```
Register Number....: 73542-280              Responsible Facility: COL
Inmate Name                                 Assessment Date.....: 07-31-2023
  Last.............: LOPEZ-BENITEZ          Period Start/Stop...: 12-21-2018 to 07-31-2023
  First............: FRANCISCO              Accrued Pgm Days....: 1631
  Middle...........:                        Disallowed Pgm Days.: 52
  Suffix...........:                        FTC Towards RRC/HC..: 210
Gender.............: MALE                   FTC Towards Release.: 365
Start Incarceration: 08-27-2015             Apply FTC to Release: No
```

```
Start       Stop        Pgm Status   Pgm Days
12-21-2018  07-31-2023  accrue       1631
  Cannot apply FTC
  Detainer: Yes
------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
12-21-2018  03-06-2019  accrue       75
  Accrued Pgm Days...: 75
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 20
------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
03-06-2019  04-26-2019  disallow     51
  In SHU
     Facility Category Assignment   Start             Stop
       BSC      QTR      Z04-036UDS  03-06-2019 1305  03-26-2019 1535
       BSC      QTR      Z04-029UDS  03-26-2019 1535  04-16-2019 1546
       BSC      QTR      Z04-036UDS  04-16-2019 1546  04-24-2019 0822
       BSC      QTR      Z04-031UDS  04-24-2019 0822  04-25-2019 1748
------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
04-26-2019  10-08-2020  accrue       531
  Accrued Pgm Days...: 531
  Carry Over Pgm Days: 15
  Time Credit Factor.: 10
  Time Credits.......: 180
------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
10-08-2020  10-09-2020  disallow     1
  In SHU
     Facility Category Assignment   Start             Stop
```

Assessment Date: 07-31-2023                    (1)                    Assessment# -2146405414

```
                        FSA Time Credit Assessment
                   Register Number:73542-280, Last Name:LOPEZ-BENITEZ
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS
================================================================================

    BSC      QTR        Z04-036LDS   10-08-2020 0223   10-08-2020 0919
--------------------------------------------------------------------------------
Start         Stop          Pgm Status   Pgm Days
10-09-2020   12-28-2022    accrue        810
  Accrued Pgm Days...: 810
  Carry Over Pgm Days: 6
  Time Credit Factor.: 10
  Time Credits.......: 270
--------------------------------------------------------------------------------
Start         Stop          Pgm Status   Pgm Days
12-28-2022   07-31-2023    accrue        215
  Accrued Pgm Days...: 215
  Carry Over Pgm Days: 6
  Time Credit Factor.: 15
  Time Credits.......: 105
--- FSA Assessment -------------------------------------------------------------
 #    Start        Stop         Status      Risk Assignment  Risk Asn Start    Factor
001  12-21-2018   01-18-2019   ACTUAL       FSA R-MED        04-28-2021 1518   10
002  01-18-2019   07-17-2019   ACTUAL       FSA R-MED        04-28-2021 1518   10
003  07-17-2019   01-13-2020   ACTUAL       FSA R-MED        04-28-2021 1518   10
004  01-13-2020   07-11-2020   ACTUAL       FSA R-MED        04-28-2021 1518   10
005  07-11-2020   01-07-2021   ACTUAL       FSA R-MED        04-28-2021 1518   10
006  01-07-2021   07-06-2021   ACTUAL       FSA R-MED        04-28-2021 1518   10
007  07-06-2021   01-02-2022   ACTUAL       FSA R-MED        04-28-2021 1518   10
008  01-02-2022   07-01-2022   ACTUAL       FSA R-LW         09-09-2021 1500   10
009  07-01-2022   12-28-2022   ACTUAL       FSA R-LW         03-17-2022 1910   10
010  12-28-2022   06-26-2023   ACTUAL       FSA R-LW         09-14-2022 0713   15
011  06-26-2023   09-24-2023   ACTUAL       FSA R-LW         02-08-2023 0824   15
```

```
   COLDX   540*23  *        SENTENCE MONITORING        *    08-09-2023
 PAGE 001          *         COMPUTATION DATA          *    01:54:37
                              AS OF 08-09-2023


 REGNO..: 73542-280 NAME: LOPEZ-BENITEZ, FRANCISCO


 FBI NO............: 535179AB9         DATE OF BIRTH: 09-28-1976  AGE:  46
 ARS1..............: COL/A-DES
 UNIT..............: 2 GP              QUARTERS.....: B15-113L
 DETAINERS.........: YES               NOTIFICATIONS: NO

 FSA ELIGIBILITY STATUS IS: INELIGIBLE

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

 HOME DETENTION ELIGIBILITY DATE....: 12-27-2023

 THE INMATE IS PROJECTED FOR RELEASE: 06-27-2024 VIA GCT REL



                RELEASE AUDIT COMPLETED ON 05-23-2023 BY DSCC
 ----------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------

 COURT OF JURISDICTION...........: TEXAS, WESTERN DISTRICT
 DOCKET NUMBER...................: AU:14-CR-292(19)-SS
 JUDGE...........................: SPARKS
 DATE SENTENCED/PROBATION IMPOSED: 08-27-2015
 DATE COMMITTED..................: 09-23-2015
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
 NON-COMMITTED.:   $100.00        $00.00          $00.00         $00.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

 ------------------------CURRENT OBLIGATION NO: 010 ----------------------
 OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
 OFF/CHG: 21:846 21:841(B)(1)(A) CONSPIRACY TO POSSESS WITH INTENT TO
          DISTRIBUTE 5KG OR MORE OF COCAINE.

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    135 MONTHS
  TERM OF SUPERVISION............:      5 YEARS
  DATE OF OFFENSE................: 10-06-2014




 G0002        MORE PAGES TO FOLLOW . . .
```

```
 COLDX   540*23  *        SENTENCE MONITORING          *    08-09-2023
 PAGE 002         *         COMPUTATION DATA           *    01:54:37
                             AS OF 08-09-2023

 REGNO..: 73542-280 NAME: LOPEZ-BENITEZ, FRANCISCO


 ------------------------CURRENT COMPUTATION NO: 020 ------------------------

 COMPUTATION 020 WAS LAST UPDATED ON 01-09-2020 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 09-25-2015 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 020: 020 010

 DATE COMPUTATION BEGAN..........: 08-27-2015
 TOTAL TERM IN EFFECT............:    135 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:     11 YEARS        3 MONTHS
 EARLIEST DATE OF OFFENSE........: 10-06-2014

 JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                     10-15-2014     08-26-2015

 TOTAL PRIOR CREDIT TIME.........: 316
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 566
 TOTAL GCT EARNED................: 391
 STATUTORY RELEASE DATE PROJECTED: 06-27-2024
 ELDERLY OFFENDER TWO THIRDS DATE: 04-16-2022
 EXPIRATION FULL TERM DATE.......: 01-14-2026
 TIME SERVED.....................:      8 YEARS        9 MONTHS     26 DAYS
 PERCENTAGE OF FULL TERM SERVED..:   78.3
 PERCENT OF STATUTORY TERM SERVED:   90.8

 PROJECTED SATISFACTION DATE.....: 06-27-2024
 PROJECTED SATISFACTION METHOD...: GCT REL

 REMARKS.......: 4-17-19 DGCT J/RRW
                 **01-09-20 GCT UPDTD PURSUANT TO FSA.J/NXD**




 G0002          MORE PAGES TO FOLLOW . . .
```

```
   COLDX  540*23 *      SENTENCE MONITORING       *    08-09-2023
PAGE 003 OF 003 *       COMPUTATION DATA          *    01:54:37
                         AS OF 08-09-2023

REGNO..: 73542-280 NAME: LOPEZ-BENITEZ, FRANCISCO


----------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 10-14-2015
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: IMMIGRATION AND CUSTOMS ENFORCEMENT
CHARGES......: ILLEGAL ENTRY INTO THE UNITED STATES
               CITIZEN OF MEXICO
               POSSIBLE DEPORTATION




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```